THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS KINDLON, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 29, 1923; decided March 20, 1923.)

APPEAL from a judgment of the Albany County Court rendered April 28, 1922, upon a verdict convicting defendant of the crime of murder in the first degree.

*Rollin B. Sanford* for appellant.

*Charles J. Herrick,* District Attorney (*Timothy E. Roland,* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.